**Wilbert Donnell QUICK, Plaintiff—**
**Appellant,**

v.

**WAKE COUNTY DETENTION FACILI-**
**TY/MEDICAL; Doctor Umesi; Don-**
**nie Harrison, Sheriff, Defendants—**
**Appellees.**

No. 06–7235.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 21, 2006.

Decided: Jan. 3, 2007.

Wilbert Donnell Quick, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Wilbert Donnell Quick appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Quick v. Wake County Detention Facility*, No. 5:05–CT–00755–D (E.D.N.C. Apr. 11 & June 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*